# EXHIBIT "A"

# TO APPLICATION FOR TRO AND PRELIMINARY INJUNCTION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOHN MCELROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| SIMON PROPERTY GROUP, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT

I, John McElroy, being first duly sworn upon my oath, depose and say,

1.      I have a serious disability which limits my mobility.  I cannot walk more than a short distance without an assistive transportation device.

2.      I use a two-wheeled mobility device called a Segway as an assistive transportation device rather than a traditional wheelchair.  The Segway allows me to remain vertical, rather than sitting, which has multiple benefits for my health and well-being, such as increased circulation, improved line of sight, and the avoidance of the stigma attached to wheelchairs.

3.      The Westridge Mall has refused and continues to refuse to allow me to use my Segway unless I sign the release agreement, despite the fact that Defendant's personnel have been informed that I am disabled and do not have other mobility devices.

4.      A motorized wheelchair and accompanying equipment would be quite expensive and would be cumbersome and a burden to transport and use.

5.      I personally use my Segway mobility device within the common areas of the

1

greater Capitol Complex area without incident, and have done so with the express authorization

of the State ADA coordinator without signing any additional waiver of liability or without having

to check in with anyone.  I am not a danger to any other individuals while using my Segway.

     6.     Without use of my Segway, I am physically unable to walk through the Westridge

Mall now or in the future.

     FURTHER AFFIANT SAYETH NOT.

_____

John McElroy

SUBSCRIBED AND SWORN to before me this 5th day of _March_____,
2008.

_____
Notary Public

SANDRA L. ZIMMERMAN
MY COMMISSION EXPIRES
October 24, 2009

OFFICIAL SEAL

My Commission Expires: _____

2