# EXHIBIT "B"

# TO APPLICATION FOR TRO AND PRELIMINARY INJUNCTION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOHN MCELROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| SIMON PROPERTY GROUP, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT

I, Anthony A. Fadale, being first duly sworn upon my oath, depose and say,

1.    I am the State ADA Coordinator for the State of Kansas.

2.    John McElroy requested of the Kansas Department of Administration that he
be permitted to use his Segway mobility device within the common areas of the greater Capitol
Complex area.  Mr. McElroy provided a doctor's prescription, and I considered applicable
regulations and other research in evaluating his request.  On June 14, 2007, John McElroy was
notified that he was permitted to use his Segway within the common areas of the greater Capitol
Complex.

3.    After I evaluated Mr. McElroy's request to use his Segway mobility device, the
Kansas Department of Administration notified John McElroy he could use his Segway within the
common areas of the greater Capitol Complex area provided he comply with the following
conditions:

    a.    He must operate the device in a safe and prudent manner at reasonable

        speeds given the conditions at the facility with appropriate regard for his

EXHIBIT "B"

safety and those around him;

     b.     That the determination that he be permitted to use his Segway as a

reasonable accommodation applied to him and his need for effective

accommodation only; and

     c.     That he must keep control of the device at all times.

    4.     To date, John McElroy, to the best of my knowledge,  has not violated these

conditions and he continues to use his Segway mobility device within the common areas of the

greater Capitol Complex area.  John McElroy, to the best of my knowledge, has not caused any

danger or injury to any other persons in the area of the complex, or any danger or injury to

himself.

    FURTHER AFFIANT SAYETH NOT.

                                       Anthony A. Fadale

    SUBSCRIBED AND SWORN to before me this ___4___ day of ___February___,
2008.

                                       Notary Public

My Commission Expires:

June 18, 2010

2