# EXHIBIT "E"

# TO APPLICATION FOR TRO AND PRELIMINARY INJUNCTION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOHN MCELROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| SIMON PROPERTY GROUP, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## TEMPORARY RESTRAINING ORDER

On application of Plaintiff, John McElroy, and the hearing on _____ day of _____,

2008, wherein Plaintiff appears by and through counsel Thomas D. Haney and Kana R. Lydick of

Henson, Clark, Hutton, Mudrick & Gragson, LLP, and Defendant appears by

_____.

The Court enters the following restraining order and preliminary injunction pursuant to

Fed.R.Civ.P. 65.  This is a temporary order and injunction and may be modified at a later date. The

entry of this temporary order is not an indication of the Court's final decision on any issue in dispute.

Defendant Simon Property Group, Inc. d/b/a Westridge Mall, its employees, agents,
assigns and successors, and all persons in active concert or participation with it, are
enjoined from exercising a policy or procedure that prohibits Plaintiff from using his
Segway, an assistive transportation device, to access the Westridge Mall premises,
and encouraging others, including the mall tenants, to do so directly or indirectly.

EXHIBIT "E"

This order is binding upon service until vacated or modified by Court order. Willful violation of a temporary order may subject the offending party to sanctions for contempt of court.

IT IS SO ORDERED on this _____ day of _____, 2008, at Topeka, Kansas.


_____
JUDGE


Prepared and approved by:

_____
Thomas D. Haney, #07685
Kana R. Lydick, #23223
Henson, Clark, Hutton,
   Mudrick & Gragson, LLP
100 SE 9th St., 2nd Floor
PO Box 3555
Topeka, KS 66601-3555
(785) 232-2200; (785) 232-3344 (fax)